IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )   Criminal No. 1:19CR10024-002
     )
YERANDY VALDES CARABALLO     )

## FINAL ORDER OF FORFEITURE

On December 9, 2020, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 98).  In the Preliminary Order of Forfeiture, a Lenovo Ideapad 330 Laptop Computer (Serial Number WDEYOLOZ), was forfeited to the United States  pursuant to Title 18 U.S.C. § 1029(c)(1)(C), incorporating by reference Title 18 U.S.C. § 982(a)(2)(B).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1).  On April 1, 2021, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov.  Deadline for filing claims was February 15, 2021.  No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.

R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on December 9, 2020, shall

become final at this time.

IT IS SO ORDERED this 1st day of April , 2021.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

2